```
 1  TERRY A. DAKE, LTD.
    P.O. Box 26945
 2  Phoenix, Arizona  85068-6945
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| ROBERT P. HAGSTROM; | ) | Case No. 3:21-BK-06505-DPC |
| Debtor. | ) | |

## NOTICE OF AUCTION SALE

**PLEASE TAKE NOTICE** that an auction sale will be held on February 23, 2022 by Cunningham & Associates, Inc. through cunninghamauctions.com.

### DESCRIPTION OF PROPERTY TO BE SOLD:

| | | | | |
|---|---|---|---|---|
| Pistol | Ruger LCP | | .380 | 372167895 |
| Pistol | Ruger Redhawk | | .44 | 500-82881 |
| Pistol | Rock Island | M1911 | .45 | RIA1477230 |
| Rifle | Ruger American | | .308 | 691-67383 |
| Rifle | Winchester | Model 100 | .308 | 27183 |

### TERMS AND CONDITIONS OF SALE:

Property must be paid for in cash, money order or by cashier's check at the conclusion of the sale, before buyer can take possession of the property. All property sold "as is, where is", with no warranties of any kind.

### VIEWING OF THE ASSETS

The assets may be viewed from 10:00 a.m. to 4:00 p.m. at 4753 E Falcon Dr., Ste. 1, Mesa, AZ 85215 on the day preceding the sale.

### ADDITIONAL INFORMATION

1. See www.cunninghamauctions.com for all terms and conditions of the on-line bidding process. Online bidding will commence prior to the final sale date. The sale date is the date that bidding ends.

2. Sale is "as is, where is". Bidders must conduct their own due diligence. Sale is subject to liens and encumbrances.

**OBJECTIONS TO THE SALE**

Any person opposing the sale shall file a written objection on or before twenty-one (21) days after the date of this notice with the Clerk of the United States Bankruptcy Court, 230 N. First Avenue, Ste. 101, Phoenix, Arizona 85003-1706. A copy of the objection shall be forthwith mailed to counsel for the trustee, whose name and address appears below.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the Court as of the date of the scheduled sale, bids will still be taken and the normal sales procedure followed. The closing of the sale remains dependent upon the outcome of the Court hearing regarding the objection.

The trustee provides the following additional information pursuant to Local Rule 6004-1:
1. Other than the debtor no other person or entity is known to have an interest in the property.
2. The sale is not free and clear of liens, claims or interests.
3. The purchase price is to be paid in full at the close of bidding.
4. The property may be viewed by contacting the auctioneer or at the date, time and location listed above.
5. The sale is subject to higher and better offers at the time of the hearing on the sale.
6. The auctioneer will be paid a commission of 10% plus expense reimbursement.
7. The trustee does not have an appraisal of the property.
8. There is no pending stay relief motion with regard to the property.

DATED January 17, 2022.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona 85068-6945
Attorney for Trustee

2